Aaron M Wilson
FULL NAME

COMMITTED NAME (if different)
West Valley Detention Center
9500 Etiwanda Ave, Rancho Cucamonga, CA 91739
FULL ADDRESS INCLUDING NAME OF INSTITUTION

1709300605
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 2 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Aaron Wilson

PLAINTIFF,

v.

John Doe #1 AKA Deputy VACA
Dr. Kenneth Mudge
John Doe #2 Health care providers

DEFENDANT(S).

CASE NUMBER: EDCV25-03358-SRM(SP)

To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner:   ☐ Yes   ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   Defendants _____

b. Court _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☑ Yes ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Aaron M. Wilson
                                                          W.V.D.C       (print plaintiff's name)
who presently resides at 9500 Etiwanda Ave Rancho Cucamonga, CA 91739 ,
                         (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
West Valley Detention Center    Rancho Cucamonga, CA
                    (institution/city where violation occurred)

---

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)                                                    Page 2 of 6

Page 3

on (date or dates) __12-31-2023__, __N/A__, __N/A__.
                                         (Claim I)         (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __John Doe #1 AKA Deputy Vaca__ resides or works at
(full name of first defendant)
__9500 Ethwanda Ave Rancho Cucamonga, CA 91739__
(full address of first defendant)
__Deputy at W.V.D.C__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
__Deputy in unit-5 at West Valley Detention center__

2. Defendant __Dr. Kenneth Mudge__ resides or works at
(full name of first defendant)
__9500 Ethwanda Ave Rancho Cucamonga, CA 91739__
(full address of first defendant)
_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
__Doctor West Valley Detention Center__

3. Defendant __John Doe #3 Health Care Provider__ resides or works at
(full name of first defendant)
__9500 Ethwanda Ave Rancho Cucamonga CA__
(full address of first defendant)
__Health Care Provider/Doctor__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
__Doctor at West Valley Detention Center__

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

I was Denied Due process under the 14th Amendment of the constitution John Doe #1 AKA Deputy VACA failed to protect me from inmate on inmate violence by instigating a fight that led me to getting stabbed.
2) I was Denied Due Process by Dr Mudge and other medical providers, they failed to treat me for weakness in foot after Arrowhead medical center Doctors recommended it. Refused to rend me physical therapy after Arrowhead medical center Doctors recommended it. Denied me shoes after I explained that the Jail shoes were causing major pain and discomfort from injury etc... Dr. Mudge Denied adequate Medical care

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Paragraph #1 Im a pre-trial detainee being housed in unit 5 at the west valley detention center (W.V.D.C) #2 Unit 5 is considered a high security housing unit that houses pre-trial detainees (federal and state) and convicted prisoners that are back in the courts for many reasons. Inmates housed in unit 5 are deemed high power and are known for sophisticated and well structured violent behavior. #3 Unit 5 has a long standing history of holding high ranking active gang members, who are known to be associated with powerful criminal organizations, such as the mexican mafia, aryan brotherhood, bloods, crips and Black gorilla family. Because of the notorious associations and high propensity of violence in unit 5, the jailers have taken extensive measures to maintain security in unit 5 as well as the rest of the facility. #4 These precautions consist of (1) transporting all inmates with handcuffs and leg restraints to any place outside their housing pod to prevent attacks (2) not permitting jail personnel to walk in housing tanks while inmates arent secured in their designated cells to prevent attacks

continued on line paper ——>

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

(3) Necessary shakedowns (aggressive search and seizure for weapons or contraband) when intell is presented about deadly weapons in housing tanks. #5 The jailers at W.V.D.C have a long history of recovering deadly weapons known as "Shanks". "Shanks" are homemade knives that are made from metal around the jail. #6 W.V.D.C has a long history of violence with the use of "shanks". These incidents have consisted of racial riots, inmates stabbing their cellies to death and countless other acts of violence that left inmates dead or badly injured. #7 W.V.D.C obtained metal detectors and X-ray machines to prevent weapons from being available in or transported to and from units. #8 The jailers (San Bernardino County Sheriff Department) have not properly utilized these safety tools in years. #9 Even when violence in unit 5 was continuous, creating a substantial risk of harm to inmates in unit 5 as well as the rest of the facility. It has been well documented that "Shanks" have been used in attacks on inmates that were being housed in Administration Segregation with Unit 5 inmates that were on Discipline. #10 As mentioned above Unit 5 has a strong presence of high ranking gang members who has ties with well structured criminal organizations. These organizations have implemented policies to protect the confidentiality of the criminal conduct and to maintain peace amongst the different races housed in General Population (GP) and unit 5. #11 It is well known to the jailers at W.V.D.C that these inmate policies are respected highly by "G.P" inmates as well as the more violent Unit 5 inmates. It is also known to the jailers that any resistance against these "Jailhouse Politics" can get inmates badly injured or killed. #12 It is well known to the jailers at W.V.D.C that inmates deemed "Snitches" were not welcome in the presence of G.P or unit 5 inmates. "Snitches" are inmates that have shown disrespect for the jailhouse politics by giving law enforcement intell that incriminates other G.P or Unit 5 inmates. Inmates that are suspected of being snitches are always dealt with in 2 ways. Brutal beatings by multiple inmates or stabbings with "shanks". These rituals are known as "removals"

Page 7

#13 "Removals" are to instill fear in the inmates accused of "snitching", so they can go to Protective Custody AKA P.C. and not return to G.P or unit 5 so they can't transgress against the policies again. #14 It is well known to the jailers at W.V.D.C that inmate politics are governed from race to race. Meaning African-American inmates enforce the policy on African-American inmates. The same for every other race. #15 This is well known to allow each race a chance to govern their own people. On the other hand, when races come to a disagreement that happens to turn into a fight it is well known that if there's other inmates of the same race in the presence of the conflict, these inmates must get involved even if it is not a fair fight. #16 Example: If there is a african-American on the tier with 5 hispanics, and the African American inmate happens to get in a disagreement with one of the hispanics if it turns into combat the other 4 inmates must get involved and defend their race. Vice versa. #17 These type of situations are known as "race riots". Racially balanced tiers are the only way to ensure safety amongst the inmates. #18 On the date of 12-14-21 an incident took place where I was attacked by Deputies. Forty five minutes before the attack, two black inmates were involved in a fight with a deputy. That fight happen in the tank next to mine. Deputies retaliated by raiding my tank even though my tank had nothing to do with the fight next door. #19 Classification Corporal Eric Dyberg broke the AHI policy by opening my door without handcuffing me. Dyberg was being extremely aggressive. Dyberg place the handcuffs on me extremely tight. Due to my obesity my hands were going numb. Dyberg ignored my request to loosen my cuffs. #20 Dyborg Yanked me around to the hallway, I screamed for a sergeant to intervene Dyberg. I was Dragged forcibly into the G-room where multiple deputies responded by slamming me to the floor and placed me in a "folded lawn chair" position. #21 I weighed around 340 pounds at the time. This position was constricting my airways

Page 8

causing me to go into panic and shock from the loss of breath. I tried to scream that I couldn't breathe. I tried to turn over to allow myself to get some air by re-positioning myself out of the "folded lawn chair" position. Deputies went on and punched me over and over, yanked me around. I was put in a restraint chair and a spit mask. I never spit on any Deputy. Deputy Munoz was choking me. I wasn't written up or given a discipline. I wrote a grievance. W.V.D.C Supervisors Admitted to a use of force. I put in a claim with the county for excessive force which was denied.

#22 In November of 2023 after being housed in disciplinary housing (I don't remember what day) I asked Deputy VACA-John Doe # to ask classification if they can house me with inmate Wynn (whom I was in the cell with at the time) when we got out of Disciplinar Housing. A couple of days later Vaca came back on did a log (hourly welfare check). Vaca told me that classification told him I was a snitch and that I "didn't" have any favors coming" because I "Snitched" on their "Big Dog". Vaca was speaking about the litigation I was seeking against Dyberg for the excessive force (mentioned in Paragraph #18)

#23 On 12-5 or 12-6-2023 I was let out of the Disciplinary housing and moved to unit 5F cell #3. I was on a racially balanced tier. Hours after moving to 5F cell #3 I was told to pack my stuff for a cell move. It didn't make sense to me. I asked why I was being moved. I wasn't given any rational reason. I was told that classification was moving me and if I didn't move I would get a discipline. I co-operated but didn't consent to moving to D-tank cell #6. After packing my stuff up and moving to 5D #6, I noticed I was moved to a tier that was racially imbalanced. I was put on a tier with 3 white inmates. After being in the unit without getting a celly for 2 weeks, I asked classification to come speak with me about moving me back to a tier that is racially balanced. Classification didn't respond to my request.

#24 On the date of 12-30-23

Page 9

I entered my cell after showering. I looked up and noticed a swazstika Drawn in my cell. Above the cell door. Inmate Reiss came to my cell and made a Joke and said it was an anti-snitch symbol. Reiss Admitted he drew it. I told reiss to stay out my cell without Permission. |#25 On the date of 12-31-2023 I was let out for tier for my daily 3 hours. I walked over to the Kiosk to check the time. I greeted Inmate reiss. Reiss asked to speak with me in Private. I told him to come to my cell to talk. After entering my cell. Reiss asked me "why were People saying that" the police "Keeps calling" me a "Snitch". I told reiss I didn't know what he was talking about. Reiss pulled out a shank and told me he can't program with a snitch. We started fighting. I blacked out after that. |#26 I Don't remember anything until I was on a gurney with an oxygen mask and a really big Pool of my blood on the floor. I was told by Deputies that I was stabbed in a fight with 3 other inmates. the 3 white inmates I was on the tier with |#27 This fight all started because of comments that Deputy Vaca made about me being a "snitch". D'morrion Holmes moved in the cell with me in 2025. We had a conversation about the stabbing. Holmes made me aware that vaca called me a "snitch" in front of multiple inmates in A-tank. Holmes made me aware that inmates were very curious about the accusations vaca put on me. |#28 this stabbing from 12-31-23 was almost fatal. I lost alot of blood, was rushed to the hospital by Paramedics for emergency surgery to close up a wound to my femoral artery. I was given Blood work ~~~~ Due to the high amount of blood loss. I was in excrutiating Pain for months Due to nerve Damage. My Peroneal Nerve was cut in the stabbing. I complained to medical about loss of feeling in my Foot. |#29 Dr mudge refuse to give me shoes after I complained of Pain and uncomfortability from wearing other shoes. |I was never given Physical therapy after the stabbing. I wasn't

Page 10

given any treatment for the weakness in my feet. Even After Doctors at Arrowhead Medical center reccommended to my Health care Providers at W.V.DC I got Permonent Damage in my foot from the stabbing, and lack of treatment

Page 11

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Monetary Damages
- 250,000$ Physical pain Leg
- 250,000$ Nerve damage
- 150,000$ terror and ordeal
- 50,000$ fright and shock
- 50,000$ extreme anxiety
- 50,000$ PTSD
- 50,000$ Punitive Damages
- 150,000$ Permanent Damage (loss of feeling)

total 1,000,000$ - one million dollars

Injunctive Relief
court to order Dr. Mudge to give me shoes that are more comfortable that don't cause ongoing pain

_____   _____
(Date)                    (Signature of Plaintiff)